UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14034-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

BILLY JOE GANN, JR.,

 Defendant.
            /

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1. I convened a hearing to permit the Defendant to change his plea in this criminal case on May 13, 2022. At the hearing's outset, I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and counsel for United States all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

2. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

3. There is a written Plea Agreement which has been entered into by the parties in this case. DE 40. I reviewed that Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant pleaded guilty to Counts One and Two of the Indictment. Count One charges Defendant with production of visual depictions involving sexual exploitation of minors, in violation of Title 18, United States Code, Sections 2251(a). Count Two charges the Defendant with distribution of visual depictions involving sexual exploitation of minors, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

4. The United States Attorney's Office agreed to dismiss Count Three of the Indictment after sentencing.

5. I reviewed with the Defendant the statutory mandatory minimum penalties and statutory maximum penalties applicable to Counts One and Two. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

6. The Plea Agreement contains forfeiture provisions, which were reviewed with the Defendant. The Defendant acknowledged that he agrees to take all steps as requested by the Government to pass clear title to forfeitable assets, specifically the property described in the Plea Agreement.

7. The Plea Agreement contains a restitution provision, which was reviewed with the Defendant. The Defendant agreed to the entry of a Restitution Order for the full amount of the victim's losses.

8. The Plea Agreement contains an appeal waiver provision, which was reviewed with the Defendant. I explained the appeal waiver to Defendant. Defendant acknowledged that he

understands the appeal waiver, has discussed it with his attorney, and understands that by entering the Plea Agreement and entering a plea of guilty, he has waived or given up his right to appeal except under the limited circumstances outlined in his Plea Agreement.  As a result, I recommend to the District Court that Defendant be found to have knowingly and voluntarily waived his right to appeal the sentence imposed except to the extent outlined in the Plea Agreement.

9. The parties submitted a written Acknowledgement of Offense Elements and Stipulation as to Factual Basis for Guilty Plea ("Stipulation"), which was signed by counsel for the Government, counsel for the Defendant, and the Defendant.  DE 39.  The Defendant acknowledged that he signed the Stipulation, understands it, and has had the opportunity to fully discuss it with his attorney.  The Defendant agreed that the Stipulation is true and correct, and accurately sets forth the facts in his case as he understands them to be.  Having reviewed the Stipulation, I find that it sets forth each of the essential elements of the crimes to which the Defendant pleads guilty.

10. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his plea of guilty to Counts One and Two of the Indictment freely and voluntarily. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts One and Two as charged in the Indictment.

11. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to Counts One and Two of the Indictment be accepted; that the Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 16th day of May, 2022.

_____
SHANIEK M. MAYNARD
U.S. MAGISTRATE JUDGE