Dear Judge,

My name is Carolyn Dillard and I'm writing concerning my son, Billy Joe Hann, Jr. Please bear with me because this is the hardest letter I've ever had to write and most definitely one I never thought I would ever need to write. I know that all you know about my son is what sets before you on a docket and in evidence but I would love to tell you a little about my son. Billy Joe has not had an easy life. He was molested by my brother at a very early age, physically and mentally abused by his ex-step father, abandoned by his biological for the most of his childhood and he's still not there for him. And me (his mother) even though I was there, I had to work 2 jobs to support Billy & his 4 siblings so I was really never there. With Billy being the oldest I depended on him more than I should have to help. But despite all that Billy was a good role model for them. He always protected them and taught them stuff the parents should have been

teaching all of them. Like how to ride a bike, work on cars and stuff like that, stuff he figured out on his own. I can remember so vividly one time the kids wanted a tree house, Billy collected cans and metal everyday to take to the scrap yard to get money to buy the nails and went around the neighborhood asking people for scrap lumber until he had enough to build it. Even though they all about killed themselves on it they were all so proud of it and I was proud of him. Whenever they was sick Billy was always right by my side to help take care of them.

Then Before I knew it my son has grown up. He has become a great son, Amazing father, and an outstanding provider for his family. Billy has never been in any trouble, never been into any sort of drugs. He has worked hard laboring jobs since the age of 13 and never once complained. So please see my son as his whole family does and give him a chance to get the help I know he

needs. Thank you so Much for your time.

Sincerly
Carolyn Dillard



Carolyn Pillard
15955 Hwy 280 East
Smiths Station, Al
36877

MONTGOMERY AL 360
8 AUG 2022 PM 3 L

Scott Berry
450 S. Australian Ave
Ste: 500
West Palm Beach, Fl 33401

ATTN: Billy Joe Gann